MALEY ET AL., RESPONDENTS, *v.* CITY OF BUTTE, APPEL-
LANT.

(No. 2,757.)

(Submitted January 22, 1910.  Decided February 4, 1910.)

[107 Pac. 411.]

*Appeal—Errors not Reviewable.*

1. A point withdrawn from the consideration of the trial court by counsel may not be relied upon on appeal.

*Appeal from District Court, Silver Bow County; John B. Mc-Clernan, Judge.*

ACTION by Frank Maley and another against the City of Butte.  Judgment for plaintiffs.  Defendant appeals.  Affirmed.

*Mr. E. M. Lamb,* and *Mr. John R. Boarman,* for Appellant.

*Messrs. Breen & Hogevoll,* for Respondents.

MR. JUSTICE SMITH delivered the opinion of the court.

In this case the point relied upon for a reversal was withdrawn from the consideration of the district court by the remark of the then city attorney, "I don't make a point of that kind."  The judgment and order of the court below are therefore, on the authority of *Smith* v. *City of Butte, ante,* p. 445, 107 Pac. 409, and *Stone* v. *City of Butte, ante,* p. 452, 107 Pac. 411, affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE HOLLOWAY concur.